PHILLIP A. TALBERT
Acting United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Email:  Rachel.Davidson@usdoj.gov
Telephone:  (916) 554-2731
Facsimile:  (916) 554-2900

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOHN RICHMOND, | CASE NO. 2:21-cv-01103-KJM-DMC |
|---|---|
| Plaintiff, | **STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT AND ORDER** |
| vs. | |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, *et. al.* | |
| Defendants | |

      Plaintiff John Richmond and Defendant United States Department of the Interior, Bureau of Land Management, through their respective counsel, stipulate to substitute the United States as Defendant in place of the United States Department of the Interior, Bureau of Land Management.  The United States is the only proper Defendant for claims under the Federal Tort Claims Act.  28 U.S.C. §§ 1346 (b)(1) and 2679(a); *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

STIPULATION TO
SUBSTITUTE DEFENDANT

DATED: September 22, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/Rachel R. Davidson*
RACHEL R. DAVIDSON
Assistant United States Attorney
Attorney for Defendant

DATED: September 22, 2021

PENNEY & ASSOCIATES

By: */s/ Dillon R. Whitsett* (auth. On 9/22/21)
DILLON R. WHITSETT
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

DATED: September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2