IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RICHMOND,

  Plaintiff,

  v.

UNITED STATES OF AMERICA,

  Defendant.

No.  2:21-CV-1103-KJM-DMC

ORDER

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  Upon consideration of the joint status report on file in this action and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

The parties are advised that they may, if all consent, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge.

1. No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

2. Jurisdiction and venue are not contested.

3. The parties exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on November 12, 2021.

4. All non-expert discovery shall be completed <u>and all motions pertaining to non-expert discovery</u> shall be noticed to be heard by July 22, 2022.

5. The parties shall exchange initial lists of expert witnesses no later than December 1, 2022, and lists of rebuttal experts no later than February 18, 2023. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

6. All expert discovery shall be completed <u>and all motions pertaining to expert discovery</u> shall be noticed to be heard by April 29, 2023.

7. All dispositive motions shall be noticed to be heard by October 27, 2023.

8. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE